BOLTON ᴇᴛ ᴀʟ. *v.* BOROUGH OF SCHUYLKILL
HAVEN.

No. 691.   Decided April 17, 1961.

*George G. Lindsay* for appellants.

*Calvin J. Friedberg* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is
dismissed.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari is
denied.

WALGREEN CO. *v.* COMMISSIONER OF
TAXATION.

No. 732.   Decided April 17, 1961.

*Irving Clark* for appellant.

*Walter F. Mondale,* Attorney General of Minnesota,
*Perry Voldness,* Assistant Attorney General, and *Jerome
J. Sicora,* Special Assistant Attorney General, for
respondent.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.